FILED

2024 Aug-21 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2024 AUG 21  A 11: 09

U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Baowei Xia | ) | |
| | ) | |
| Appellant | ) | Case Number: 1:24-cv-911-AMM |
| | ) | |
| v. | ) | Bankruptcy AP No.: 20-40026-JJR |
| | ) | |
| Cristina L. Morris | ) | |
| | ) | |
| Appellee | ) | |

### APPELLANT'S MOTION TO REQUEST ACCEPTING DOCUMENTS UNDER SEAL

COMES NOW, Plaintiff/Appellant Baowei Xia, Pro Se, and, per Federal Rules of Bankruptcy Procedure 8009(f), requests this Court accept documents under seal being transmitted, as part of the record, from the United States Bankruptcy Court, Northern District of Alabama, Eastern Division, for this appeal. And as grounds, states the following,

1. Plaintiff/Appellant turned Pro Se on above-styled Bankruptcy Adversary Proceeding (Case No. 20-40026-JJR) on November 2nd, 2023.

2. Pro Se parties are unable to, or not authorized to, file any pleadings in the Bankruptcy Court electronically.

3. Pro Se Plaintiff/Appellant filed his "Plaintiff's Response Opposing Defendant's Motion for Summary Judgment and Motion to Dismiss" (hereinafter **PLAINTIFF'S RESPONSE**) by mailing a paper copy through the UPS STORE on March 23rd, 2024, which was received by the Bankruptcy Court on March 25th, 2024 and entered into the record as Doc 215 on March 26th, 2024.

4. In the same mailing, along with the pleading, Plaintiff/Appellant also included EXHIBITs A through K.

5. Plaintiff/Appellant organized the EXHIBITs in such a way that they were separated from the pleading itself and separated from each other.

6. Each EXHIBIT was binder-clipped in its own and page-numbered by hand.

7. Each binder-clipped paper stack containing EXHIBIT D, EXHIBIT E, EXHIBIT F and EXHIBIT G had a full-page disclaimer on top of it.

8. The full-page disclaimer on top of each paper stack of EXHIBITs D through G reads – THIS FILE CONTAINS EXTREMELY EXPLICIT PHOTOGRAPHS, AND IS INTENDED AS EVIDENCE FOR COURT USE ONLY. IF YOU ARE NOT INTENDED RECEIVER, PLEASE DO NOT OPEN IT AND NOTIFY THE SENDER IMMEDIATELY UPON RECEPTION.

9. Plaintiff/Appellant did not file a Motion to Seal with the Bankruptcy Court at the time.

10. The Bankruptcy Court entered the EXHIBITs in the record and restricted from public access.

11. Defendant, now Appellee, filed "Emergency Motion to Strike and for Sanctions", which was entered as Doc 214 on March 25th, 2024, before **PLAINTIFF'S RESPONSE** (Doc 215) was entered into court record.

12. The Bankruptcy Court granted the strike part of Defendant's such motion at the April 4th, 2024 court hearing.

13. Plaintiff/Appellant's request to resubmit a redacted version of EXHIBITs D through G was subsequently denied by the Bankruptcy Court.

14. Bankruptcy Court's MEMORANDUM OF OPINION (Doc 237) and ORDER (Doc 238) of June 24th, 2024 granted the sanctions part of Defendant's motion and dismissed this Adversary Proceeding WITH PREJUDICE.

15. Plaintiff/Appellant is now appealing the Bankruptcy Court's decisions.

16. Plaintiff/Appellant included the **PLAINTIFF'S RESPONSE**, i.e., the pleading and the EXHIBITs A through K, in designation for this appeal.

17. **PLAINTIFF'S RESPONSE**, i.e., the pleading and the EXHIBITs A through K, as well as the way Plaintiff/Appellant originally submitted to the Bankruptcy Court, therefore is critical to the appeal.

18. Plaintiff/Appellant filed a "Motion to Seal and Transmit for Appeal upon Approval" with the Bankruptcy Court on August 15th, 2024, and is still waiting on its decision.

WHEREFORE, Plaintiff/Appellant respectfully requests this Court accept the EXHIBITs being transmitted under seal by the Bankruptcy Court, as part of the record for the appeal. Plaintiff/Appellant further requests this Court have the EXHIBITs kept under seal in case the Bankruptcy Court decides to transmit them any other way.

DATED this the 21st day of August, 2024.

Baowei Xia
4008 SW 26th Terrace, Apt. A
Gainesville, FL 32608
(352) 647-1210
legalmatters20161228@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of August, 2024, I have served a copy of the foregoing **APPELLANT'S MOTION TO REQUEST ACCEPTING DOCUMENTS UNDER SEAL** on the parties listed below, via electronic mail at the following e-mail address:

Robert Keller
rjlawoff@bellsouth.net
rkeller@rwkattorneys.com

Tripp Watson
Tripp@watson-firm.com

Rashad Grimes
Rashad@watson-firm.com



Baowei Xia

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

*SEAL*



**UNITED STATES**
**POSTAL SERVICE** ®

| **PRIORITY** ®
M A I L

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
QD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PAPER
POUCH

how2recycle.info

FROM:

**PRIORITY**
★ **MAIL** ★



UNITED ST
POSTAL SE

VISIT US AT USF
ORDER FREE SUPPLIE

FROM:

Baowei Xia
4008 SW 26th Terrace
Apt. A
Gainesville, FL 32608

TO:   Office of Clerk
United States District
Northern District of A
Hugo L. Black US Cour
1729 5th Ave. North
Birmingham, AL 3520

Label 228, March 2016        FOR DOMESTIC AND INTERNATION