FILED
2024 Aug-29 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BAOWEI XIA,** | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-911-AMM |
| | ) |
| **CRISTINA L. MORRIS,** | ) |
| | ) |
| Appellee. | ) |
| | ) |

## ORDER

This case is before the court on appellant Baowei Xia's Motion Top Request Accepting Documents Under Seal. Doc. 8. That motion is **GRANTED**.

**DONE** and **ORDERED** this 29th day of August, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE